UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 17-10043-RGS

B2 OPPORTUNITY FUND, LLC

v.

NISSIM TRABELSI ET AL.

ORDER ON MOTION FOR
TEMPORARY RESTRAINING ORDER

February 10, 2017

STEARNS, D.J.

After a hearing, for the reasons stated on the record, the court orders as follows. Defendant Nissim Trabelsi, individually and as "Shawn Telsi" and as trustee of The Mazzal Trust and The Bany's Living Trust, and all of his officers, agents, servants, employees and attorneys, and all other persons who are in active concert or participation with him, are restrained and prohibited from doing or attempting to do any of the following until further order of the Court:

(A) Selling, transferring, assigning, exchanging, loaning, pledging, gifting, encumbering, or otherwise disposing of any shares of stock in Znergy, Inc., f/k/a Mazzal Holding Corp., a Nevada corporation;

(B) Transferring, assigning, exchanging, loaning, gifting, spending, encumbering or otherwise disposing of, concealing or hiding any cash, securities or other proceeds of the sale, exchange, pledge or other disposition of any shares of stock of Znergy, Inc., f/k/a Mazzal Holding Corp., in an amount up to $315,000. Defendant Trabelsi may satisfy this portion of the Order by posting a bond in the amount of $315,000.

(C) Shredding, concealing, hiding, deleting, destroying, or altering any e-mails or other records or documentation of or related to the ownership, purchase, sale, transfer, re-certification or re-titling, exchange, pledge, encumbrance or other disposition of any shares of stock of Znergy, Inc. f/k/a Mazzal Holding Corp., that have ever been owned, held, transferred, directed, re-titled, purchased, exchanged, or sold by, or in the name or for the benefit of, Shawn Telsi, Nissim Trabelsi, Nissim S. Trabelsi, The Mazzal Trust, The Bany's Living Trust, Aliza Trabelsi, any sibling of Nissim Trabelsi, any trust of which any of the foregoing is or has been a trustee or beneficiary, or any entity of which any of the foregoing persons is or was an officer, director or manager.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE