UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

B2 Opportunity Fund, LLC,
    Plaintiff,

V.

                              CIVIL   ACTION:   17-cv-10043-RGS

VStock Transfer, LLC,
    Defendant.

## FINAL JUDGMENT

STEARNS, U.S.D.J.                                  October 27, 2017

      Pursuant to the Memorandum and Order granting defendant Vstock Transfer, LLC's Motion to Dismiss entered on October 18, 2017 , it is  ORDERED and ADJUDGED that final judgment is hereby entered in favor of the defendant Vstock Transfer, LLC.

                                              By the Court,

                                              /s/ Stephanie Caruso
                                              DEPUTY CLERK