UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| B2 OPPORTUNITY FUND, LLC, DIRECTLY AND AS ASSIGNEE OF ZNERGY, INC., F/K/A MAZZAL HOLDING CORP., a Nevada corporation, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-CV-10043-RGS |
| NISSIM S. TRABELSI, A/K/A SHAWN TELSI, INDIVIDUALLY AND AS TRUSTEE OF THE MAZZAL TRUST, A/K/A THE MAZZAL LIVING TRUST, AND THE BANY'S LIVING TRUST; ET AL., | ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE
BY PLAINTIFF B2 OPPORTUNITY FUND, LLC AND
DEFENDANT VSTOCK TRANSFER, LLC

STEARNS, D.J.

Before the Court is the Joint Motion to Dismiss with Prejudice filed by Plaintiff B2 Opportunity Fund, LLC ("Plaintiff"), directly and as assignee of Znergy, Inc., f/k/a Mazzal Holding Corp., a Nevada corporation, and Defendant VStock Transfer, LLC ("VStock"). The Court finds the Joint Motion to be meritorious and therefore grants the Joint Motion.

1

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

A.  All claims, counterclaims, and causes of action that have been or could have been brought by Plaintiff against VStock, or by VStock against Plaintiff, be dismissed with prejudice;

B.  Plaintiff and VStock each shall bear its/his own respective attorneys' fees and costs (as between each other);

C.  any right to appeal with regard to any claims, counterclaims, and causes of action that have been or could have been brought by Plaintiff against VStock or by VStock against Plaintiff are deemed waived; and

D.  the separate and Final Judgment entered by this Court at Dkt. No. 181 is deemed amended by this Order.

                                               SO ORDERED.

                                               /s/ Richard G. Stearns
                                               _____
                                               UNITED STATES DISTRICT JUDGE